# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Spectrum Leasing USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Elite Extraction Services Corp., <br><br> Defendant. | Case No. 2:22-cv-00400-CDS-DJA <br><br> **Order** |

Before the Court is Defendant's motion for a continuance of the hearing scheduled June 7, 2022. (ECF No. 11). Defendant explains that it is located out of state and is in the process of retaining counsel. (*Id.*). The Court notes that the Defendant is a corporation and thus, cannot appear except through counsel. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994); *see United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Additionally, the hearing date is approaching quickly. Given Defendant's representations and approaching hearing date, the Court finds good cause to grant Defendant's request for a continuance.

**IT IS THEREFORE ORDERED** that Defendant's motion for a continuance (ECF No. 11) is **granted.** The hearing set for June 7, 2022 is reset for **June 28, 2022 at 11:00 a.m.** The Clerk of Court is kindly directed to email a copy of this order to Defendant at Scott@EliteXtraction.com.

DATED: May 31, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE